App. Div.]              Second Department, May, 1915.

Michael Greco, Respondent, and Agnes W. Evans, Appellant, v. Rose Becker and Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements.    No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Adolph Schaeffer, Appellant, for a Writ of Certiorari to Review the Determination of Patrick A. Murphy, as Deputy Excise Commissioner, and Another, Respondents.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

William Junkermann, an Infant, etc., Respondent, v. Tilyou Realty Company, Defendant. Samuel Jankelson and Jankelson Realty Company, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed on reargument, on the law and the facts, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Rosie Kaplan, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on account of error in the charge to which exception was taken, at folios 194, 195. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Peter J. Malley, Respondent, v. John F. Arthur, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Mary Marshall, as Administratrix, etc., Appellant, v. The Sackett & Wilhelms Company, Respondent.— Order modified so as to grant the motion upon payment of all the taxable costs, including those on the former appeal (166 App. Div. 141), and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Marx & Rawolle, Respondent, v. American Druggists Syndicate, Appellant.— Judgment and order unanimously affirmed, with costs, on authority of *Marx & Rawolle* v. *American Druggists Syndicate* (161 App. Div. 950). Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Olaf Moldestad, Respondent, v. Edward M. Timmins and Others, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Joseph Neustadt, Respondent, v. Jamaica Estates and Others, Defendants, Impleaded with Edward E. Dean and Others, Appellants.— Judgment affirmed, without costs. Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.